BEFORE THE FIRST DIVISION, DECEMBER 2, 1960

No. 64936.—Reeves Equipment Corp. v. United States, protests 60/9928 and 60/14485 (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of sound projectors and parts thereof similar in all material respects to those the subject of *United States* v. *Milton Diamond et al.*   (42 C.C.P.A. 9, C.A.D. 561), the claim of the plaintiff was sustained.

No. 64937.—Chester K. Stoner v. United States, protest 329065–K (Boston).

Opinion by MOLLISON, J.   In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), the claim of the plaintiff was sustained.

NOVEMBER 30, 1960

No. 64938.—J. M. Sutton Sons & Co. and H. W. Ebert Co. v. United States, protests 58/4117 and 59/22935.—▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓—Abstract 64819.   Plaintiffs' application for rehearing granted.

NOVEMBER 29, 1960

No. 64939.—Suit 5052.—United States v. Ace Importing Co., Inc.—▓▓▓▓▓▓▓▓▓▓▓—Abstract 64185.   (Appeal dismissed October 10, 1960.)